IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2019 APR -8 PM 2: 42

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
          DEPUTY

| | | |
|---|---|---|
| APPLIED MATERIALS, INC., | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL NO. A:17-CV-00519-LY |
| | § | |
| MUTO TECHNOLOGY, INC., | § | |
| DEFENDANT. | § | |
| | § | |

## ORDER

Before the court in the above styled and numbered cause is the parties' Third Joint Status Report filed March 29, 2019 (Clerk's Document No. 63). The report informs the court that the parties are continuing substantive settlement negotiations, and are closer to settlement. Further, the parties do not believe a scheduling conference is needed at this time. On April 5, 2019, counsel for the parties informed the court's staff that the parties have agreed on the basic terms of settlement and are working on drafting a final agreement. Further, counsel represented that they should be in a position to file dismissal papers very soon. In light of the status report and notice to the court, and having reviewed the case file,

**IT IS ORDERED** that the parties file dismissal papers **on or before Friday, May 24, 2019.**

SIGNED this _____ day of April, 2019.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE