# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| APPLIED MATERIALS, INC., | § § § | |
| | § | CIVIL ACTION NO. 1:17-cv-00519-LY |
| Plaintiff, | § § | |
| v. | § § | |
| | § | JURY TRIAL DEMANDED |
| MUTO TECHNOLOGY, INC. | § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

On this day the Court considered the Agreed Motion to Dismiss with Prejudice filed by Plaintiff Applied Materials, Inc. and Defendant Muto Technology, Inc. The Court, after considering the motion and pleadings herein, finds that the motion should be **GRANTED**.

It is, therefore**, ORDERED** that all claims and causes of action in the above-captioned case are hereby dismissed with prejudice. This is a final judgment.

All costs of court are taxed against the party that incurred the expense.

**SIGNED** on this _____ day of _____, 2019.

_____
LEE YEAKEL
UNITED STATE DISTRICT JUDGE