IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| APPLIED MATERIALS, INC., | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL NO. A:17-CV-00519-LY |
| | § | |
| MUTO TECHNOLOGY, INC., | § | |
| DEFENDANT. | § | |
| | § | |

## FINAL JUDGMENT

Before the court is the above styled and numbered cause. On this date by separate order the court dismissed with prejudice all claims and causes of action raised in this action and ordered all costs of court taxed against the party that incurred the expense.

As nothing remains for resolution in the cause, the court renders the following Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS FURTHER ORDERED** that the case is **CLOSED**.

SIGNED this 14th day of May, 2019.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE